BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00072-MCE |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| PETE ANDRE FLORES, | |
| Defendant. | |

WHEREAS, on August 18, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the entry of a guilty plea and the Stipulation and Application for Preliminary Order of Forfeiture entered into between plaintiff and defendant Pete Andres Flores forfeiting to the United States the following property:

      (a)    Acer Laptop, no S/N, Microsoft Product Key, mwbt4-fjq7x-yp2kg-9qm4w-vf680 w/ power adapter;

      (b)    Philips MP3 Player, s/n nwla0834240709, model SA3021/37; and

      (c)    Flash Card, San Disk, 4GB, s/n bhd8252135360.

AND WHEREAS, beginning on August 20, 2011, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.

1

**Final Order of Forfeiture**

Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Pete Andre Flores.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: May 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE